UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
    LILLIE R MITCHELL

CASE NO. 04 B 37177

CHAPTER 13

JUDGE: JOHN H SQUIRES

    Debtor  
SSN XXX-XX-5193

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/07/04 and confirmed on 12/07/04.

2. The case was dismissed after confirmation, 10/12/2007.

3. The Debtor paid a total of $ 20250.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| FOX VALLEY HABITAT FOR H | CURRENT MORTG | .00 | .00 | .00 |
| FOX VALLEY HABITAT FOR H | MORTGAGE ARRE | 1000.00 | .00 | 1000.00 |
| AMERICREDIT FINANCIAL | SECURED | 10285.00 | 804.26 | 10285.00 |
| AMERICASH LOANS | UNSECURED | 203.20 | 31.39 | 10.49 |
| ARIZONA MAIL ORDER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 20200.92 | 2342.77 | 1130.96 |
| DCP OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 582.29 | 87.15 | 30.23 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 700.58 | 101.11 | 39.23 |
| MIDNIGHT VELVET | UNSECURED | 910.16 | 105.50 | 50.96 |
| LOAN EXPRESS CO | UNSECURED | 595.00 | 88.80 | 30.90 |
| AMERICREDIT FINANCIAL | UNSECURED | 3726.60 | 525.42 | 208.64 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 155.00 | 18.79 | 8.01 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 155.00 | 18.79 | 8.01 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 236.00 | 27.44 | 13.15 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 190.00 | 22.91 | 9.79 |
| CREDITORS BANKRUPTCY SER | UNSECURED | 279.25 | 32.48 | 15.55 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 11285.00 | .00 | 27934.00 | .00 | 39219.00 |
| PRINCIPAL PAID | 11285.00 | .00 | 1555.92 | .00 | 12840.92 |
| INTEREST PAID | 804.26 | .00 | 3402.55 | .00 | 4206.81 |
| TOTAL PAID | 12089.26 | .00 | 4958.47 | .00 | 17047.73 |

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $ 2200.00 and was paid $    500.00  direct and $   1700.00  through the plan.

The Trustee received $    827.27 .

Refunds to the Debtor totaled $    675.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE